IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08MC00077-WBS-EFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER OF GARNISHMENT |
| ARAM TAGMIZYAN aka | ) | (INTEREST IN WITHHELD |
| TONY TAGMIZYAN, | ) | MONEY) |
| | ) | |
| Defendant and | ) | |
| Judgment Debtor. | ) | |
| | ) | |
| | ) | |
| CALIFORNIA DEPARTMENT OF | ) | |
| HEALTH SERVICES, | ) | |
| | ) | |
| Garnishee. | ) | |

    A Writ of Garnishment (Interest in Withheld Money), directed to the Garnishee California Department of Health Services, has been duly issued and served upon the Garnishee in order to partially satisfy the outstanding debt owed by the Defendant and Judgment Debtor Aram Tagmizyan aka Tony Tagmizyan ("Judgment Debtor").

//

//

//

1

1  The Garnishee filed an Amended Answer of Garnishee stating
2  that at the time of service of the Writ, the Garnishee had custody
3  or possession of properties (non-earnings), in which the "Judgment
4  Debtor" maintains an interest, as described below:
5      1.  Trust Account, account number DME02696F, holding
6          payments for claims Judgment Debtor submitted to the
7          California Department of Health Services that are payable
8          to the Judgment Debtor, doing business as Corona Medical
9          Supply.  The total sum held in the
10         Trust Account is $73,937.15.
11  The balance owing by the Judgment Debtor on the judgment is
12  $422,550.00 as of May 12, 2008, and said amount is the same amount
13  as shown in the Application For Writ of Garnishment (Interest in
14  Withheld Money) filed herein.
15     The Judgment Debtor was served by the Garnishee with the
16  Amended Answer of Garnishee and the Judgment Debtor has not filed a
17  written objection or requested a hearing within 20 days, as set
18  forth in 28 U.S.C. § 3205(c)(5).  The Judgment Debtor has not
19  requested a hearing on a claim of exemption, as set forth in
20  28 U.S.C. § 3014(b)(2).
21     Pursuant to 28 U.S.C. § 3205(c)(7), after the Garnishee files
22  an answer, and if no hearing is requested within the required time
23  period, the Court shall promptly enter an order directing the
24  Garnishee as to the disposition of the Judgment Debtor's property.
25  //
26  //
27  //
28

ACCORDINGLY, IT IS ORDERED that the Garnishee California Department of Health Services shall turn over the amount of $73,937.15, payable to the Clerk of the Court, (reference Docket No. CR S 04-474-WBS on the face of the check), and forward it to:

>U.S. Attorney's Office
>501 "I" Street, Suite 10-100
>Sacramento, California 95814

IT IS FURTHER ORDERED that upon receipt of payment, the Writ of Garnishment is hereby terminated.

DATED: October 23, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE